IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY RODI, *on Behalf of Himself and All Others Similarly Situated* | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-3261 |
| EXPRESSJET HOLDINGS, INC. *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

This case has been stayed pending approval of a settlement in a parallel state court class action. The parties must submit a report on the status of that settlement by March 25, 2011, and every 60 days thereafter until it is resolved. This case is administratively closed pending the resolution of the pending related state court action.

SIGNED on March 11, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge